Robert Lauson, Esq. (SBN 175486)
bob@lauson.com
Edwin Tarver, Esq. (SBN 201943)
edwin@lauson.com
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, California 90245
Telephone: (310) 726-0892
Facsimile: (310) 726-0893

Attorneys for Plaintiff, IHOP IP, LLC

FILED
2010 SEP -9 PM 12:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

**IHOP IP, LLC**, a Delaware limited liability company,

**Plaintiff,**

**v.**

**INTERNATIONAL HOUSE OF PRAYER**, a Missouri non-profit corporation; **FRIENDS OF THE BRIDEGROOM, INC.**, a Missouri non-profit corporation; **SHILOH MINISTRIES, INC.**, a Missouri non-profit Corporation; **CENTRAL COAST INTERNATIONAL HOUSE OF PRAYER**, a California corporation; **PASADENA INTERNATIONAL HOUSE OF PRAYER**, a California corporation; **SAN JOSE HOUSE OF PRAYER**, an unknown entity; **INTERNATIONAL HOUSE OF PRAYER EAST BAY**, an unknown entity; and **DOES 1 through 20,**

**Defendants.**

**Civil Action No. CV10 6622 SHO (SHx)**

**First-Amended Complaint for Injunctive Relief for Federal Trademark Infringement and Dilution**

**Demand For Jury Trial**

Plaintiff, IHOP IP, LLC, by and through its attorneys of record, alleges as follows:

## Jurisdiction And Venue

1. This is an action arising under the trademark laws of the United States, specifically the Lanham Act, 15 U.S.C. §§ 1051 et seq. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). This Court has personal jurisdiction over IHOP-KC because it conducts business in this judicial district and in the State of California, and has and continues to commit acts of dilution and trademark infringement and/or has contributed to or induced acts of dilution or trademark infringement by others in this judicial district (and elsewhere in California and in the United States).

2. This Court has personal jurisdiction over the other Defendants because they reside in this judicial district and conduct business in this judicial district and/or in the State of California, and have and continue to commit acts of dilution and trademark infringement, and/or has contributed to or induced acts of dilution and trademark infringement by others in this judicial district (or elsewhere in California and in the United States).

3. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) because Defendants are each subject to personal jurisdiction in this judicial district, and a substantial part of the events giving rise to the claim occurred here, among other reasons.

## Parties

4. Plaintiff IHOP IP, LLC is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of

business at 450 North Brand Boulevard, 7th Floor, Glendale, California 91203, www.ihop.com ("IHOP-IP").

5. Upon information and belief, Defendants International House of Prayer dba IHOP-KC or IHOP Missions Base, Friends of the Bridegroom, Inc. and Shiloh Ministries, Inc. are all non-profit corporations organized and existing under the laws of the State of Missouri, with their principal place of business at 3535 East Red Bridge Road, Kansas City, Missouri 64137, www.ihop.org (collectively "IHOP-KC").

6. Upon information and belief, Defendant Central Coast International House of Prayer, doing business as (Central Coast) IHOP (Missions Base), is a corporation organized and existing under the laws of the State of California, with its principal place of business at 709 N. Curryer, Santa Maria, California, www.ccihop.com ("CCIHOP").

7. Upon information and belief, Defendant Pasadena International House of Prayer, doing business as PIHOP, is a corporation organized and existing under the laws of the State of California, with its principal place of business at 1401 North Lake Avenue, Pasadena, California 91104, www.pihop.com ("PIHOP").

8. Upon information and belief, Defendant San Jose International House of Prayer, is an unknown entity, with its principal place of business at 2165 Lucretia Ave., San Jose, California 95122, www.sjihop.org ("SJIHOP").

9. Upon information and belief, Defendant International House of Prayer East Bay, doing business as IHOP East Bay, is an unknown entity, with its principal place of business at 7485 Village Parkway, Dublin, California 94568, www.ihopeastbay.org ("IHOPEB").

10. The true names and capacities, whether individual, corporate, associate, representative or otherwise, of DOES 1 through 20, inclusive, are unknown to Plaintiff, who therefore sues them by such fictitious names. Plaintiff will seek leave to amend this complaint to show the true names and capacities of the Defendants when they are ascertained. Plaintiff is informed and believes, and thereupon alleges, that each of the Defendants named as a DOE, along with the named Defendants, is responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages herein alleged were legally or proximately caused by said Defendants. Wherever it is alleged that any act or omission was also done or committed by any specifically named Defendant or by Defendants generally, Plaintiff intends thereby to allege, and does allege, that the same act or omission was also done and committed by each and every Defendant named as a DOE, and each named Defendant, both separately and in concert or conspiracy with the named Defendants.

11. On information and belief, and at all times mentioned herein, each of the Defendants named herein as DOES 1 through 20, inclusive, performed, participated in or abetted in some manner the acts alleged herein, proximately caused the damages alleged herein below, and are liable to Plaintiff for the damages and relief sought herein.

**Plaintiff's Famous Trademarks**

12. The first International House of Pancakes restaurant opened in Toluca Lake, California in 1958, and in 1960 the company began to expand through franchising. In 1973 a marketing program formally introduced the acronym "IHOP."

13. The IHOP chain of restaurants grew and prospered. In 1992 the 500th IHOP restaurant opened. In 1993 sales per IHOP restaurant exceeded $1 million, and in 1998, for the first time, system-wide sales of IHOP reached $1 billion. For many years International House of Pancakes enjoyed substantially exclusive use of the term IHOP in commerce in the United States.

14. Presently there are nearly 1500 IHOP restaurants in the United States, including at least one in every state in the U.S. In California alone, there are about 225 IHOP restaurants, including about 130 IHOP restaurants in this judicial district. Many IHOP restaurants are open 24 hours a day, 7 days a week, and are operated by independent small business owners who rely heavily on the reputation and strength of the IHOP trademark in connection with their business.

15. Over the years the IHOP trademark has been extensively advertised and publicized across the United States. The mark is widely recognized among the general consuming public in the U.S. as a designation of the goods and services of International House of Pancakes, and has been famous for more than 25 years.

16. Plaintiff IHOP-IP, LLC is the owner of a family of IHOP derivative registered trademarks in the United States, and internationally, including U.S. Reg. No. 3,429,406 IHOP for restaurant services; U.S. Reg. No. 3,514,724 INTERNATIONAL HOUSE OF PANCAKES for restaurant services, carry out food services; U.S. Reg. No. 3,743,560 IHOP FOR ME for restaurant services; U.S. Reg. No. 3,731,730 IHOP CAFÉ for restaurant services, carry-out café and restaurant services, coffee house services; U.S. Reg. No.: 3,616,420 IHOP ‘N GO for restaurant services, take out restaurant services; U.S. Reg. No.: 3,771,927 IHOP EXPRESS for restaurant and food take-out restaurant services. See information attached at Exhibit A.

**Defendants' Unlawful Activities**

17. Defendant IHOP-KC operates a religious organization from Kansas City, Missouri. Upon information and belief, IHOP-KC selected and adopted the International House of Prayer name, knowing it would be abbreviated IHOP. IHOP-KC intended to misappropriate the fame and notoriety of the household name IHOP to help promote and make recognizable their religious organization.

18. The organization now offers prayer services on a full 24/7 schedule, with services from the IHOP-KC Prayer Room being broadcast live over the internet. Mike Bickle, IHOP-KC's founder and director, states "30,000 people a day are participating with IHOP due to web streaming," including, upon information and belief, many persons in this judicial district.

19. IHOP-KC regularly offers many events in Greater Kansas City and elsewhere including training programs, workshops, regional camps, and leadership retreats. From Sep. 26 – Oct. 9, 2010 IHOP-KC is sponsoring a prayer journey through California with stops in Los Angeles, the Inland Empire and Orange County, all within this judicial district.

20. IHOP-KC operates IHOP University (IHOPU), a full time bible school. IHOPU also offers an eSchool and online courses to train persons worldwide, including, upon information and belief, persons who reside in this judicial district. IHOP-KC also accepts donations online, including, upon information and belief, from persons in this judicial district.

21. IHOP-KC operates a web store selling books, teaching materials, music, accessories (t-shirts, sweatshirts, water bottles, a board game, etc.), to persons worldwide including, upon information and belief, persons in this judicial

district.  IHOP-KC also operates a coffee shop/café serving food and beverages at its main facility in Kansas City.

22.     IHOP-KC uses social media to spread its religious message.  By way of example, IHOP-KC has about 75,000 Facebook fans; 1200 YouTube subscribers with 30,000 channel views; and 8,500 followers on Twitter, including, upon information and belief, many persons in this judicial district.

23.     IHOP-KC routinely uses the acronym IHOP to refer to itself, as do the press and many members of the public.  Several persons have remarked that confusion exists due to IHOP-KC's use of IHOP, e.g. saying it is not the pancake house.

24.     IHOP-KC is affiliated with numerous other religious organizations around the world, and allows and encourages those organizations to use the IHOP acronym to identify themselves and ihop derivative domain names.  In light of IHOP-KC's expansion of its unauthorized use of IHOP, Plaintiff must act to protect its trademark rights.

25.      Attached hereto as Exhibit B are true and correct copies of IHOP-KC web pages and photographs of IHOP-KC signage and use of IHOP on printed materials.

26.     Defendant CCIHOP is a religious organization located in Santa Maria, California in this judicial district that offers religious-oriented services.  Upon information and belief, CCIHOP is affiliated with IHOP-KC.

27.     Attached hereto at Exhibit C are true and correct copies of CCIHOP web pages and a photo of CCIHOP signage.

28. Defendant PIHOP is a religious organization located in Pasadena, California in this judicial district that offers religious-oriented services. Upon information and belief, CCIHOP is affiliated with IHOP-KC.

29. Attached hereto at Exhibit D are true and correct copies of PIHOP web pages, and PIHOP printed materials and an email from PIHOP.

30. Defendant SJIHOP is a religious organization located in Santa Jose, California that offers religious-oriented services. Upon information and belief, SJIHOP is affiliated with IHOP-KC.

31. Attached hereto at Exhibit E are true and correct copies of SJIHOP web pages.

32. Defendant IHOPEB is a religious organization located in Dublin, California that offers religious-oriented services. Upon information and belief, IHOPEB is affiliated with IHOP-KC.

33. Attached hereto at Exhibit F are true and correct copies of IHOPEB web pages.

**<u>Count One</u>**

**Trademark Dilution (15 U.S.C §1125(c))**

**(Against all Defendants)**

34. Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1-33 as if fully set forth herein.

35, Plaintiff's IHOP mark is distinctive and famous within the meaning of 15 U.S.C. § 1125(c)(1).

36. Defendants' wrongful acts as described herein began long after the Plaintiff's IHOP mark became famous.

37.     Defendants' acts are likely to cause dilution by blurring Plaintiff's famous IHOP mark and otherwise have impaired the distinctiveness of this trademark.

38.     Upon information and belief, Defendants willfully intended to trade on the reputation of Plaintiff's famous IHOP mark and to cause dilution of Plaintiff's famous IHOP mark.

39.     Defendants' wrongful acts have caused and will continue to cause great and irreparable injury and damage to Plaintiff's IHOP mark and to the goodwill in the famous IHOP mark, which injury and damage cannot be quantified, and unless this court restrains Defendants' from further commission of said acts, Plaintiff will continue to suffer substantial irreparable injury for which it has no adequate remedy at law.

40.     As the acts alleged herein constitute a willful violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), and as Plaintiff has no adequate remedy at law, it is entitled to injunctive relief, as well as, reasonable attorneys' fees and costs.

41.  Under the Trademark Dilution Revision Act of 2006 (which went into effect October 6, 2010), Plaintiff is entitled to an injunction against Defendants, enjoining them from use of the IHOP marks or any designation likely to cause dilution.

/ / /

/ / /

**Count Two**

**Infringement of Federally Registered Trademarks (15 U.S.C. § 1114(1))**

**(Against All Defendants)**

42. Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1-41 as if fully set forth herein.

43. Defendants, without Plaintiff's consent, have used trademarks confusingly similar to and a colorable imitation of Plaintiff's IHOP mark in commerce on or in connection with the sale, offering for sale, distribution, promotion and/or advertising of its goods and services, and such use is likely to cause confusion, or to cause mistake or to deceive.

44. Upon information and belief, Defendants' acts have been committed willfully and with knowledge of Plaintiff's exclusive rights in the IHOP mark, as well as with bad faith and the intent to cause confusion, or to cause mistake and/or to deceive.

45. Defendants' wrongful acts have caused and will continue to cause great and irreparable injury and damage to Plaintiff's IHOP mark and to the goodwill in the famous IHOP mark, which injury and damage cannot be quantified, and unless this court restrains Defendants' from further commission of said acts, Plaintiff will continue to suffer substantial irreparable injury for which it has no adequate remedy at law.

46. As the acts alleged herein constitute a willful violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1114(1), and as Plaintiff has no adequate remedy at law, it is entitled to injunctive relief, as well as, reasonable attorneys' fees and costs.

**Prayer For Relief**

WHEREFORE, Plaintiff IHOP-IP, prays for judgment and relief as follows:

A) Judgment that Plaintiff owns the IHOP® registered mark and it is valid and enforceable;

B) Judgment that each of the Defendants are diluting by blurring the IHOP® mark and such acts have been deliberate and willful;

C) Judgment that each of the Defendants are infringing the IHOP® mark, and that IHOP-KC's acts have been deliberate and willful;

D) Judgment that each of the Defendants, its directors, officers, employees, attorneys, and agents, and all those persons acting in active concert or in participation with them, and their successors and assigns, be enjoined from further acts that dilute or infringe, contributorily infringe or induce infringement of the IHOP® mark;

E) Judgment that the ihop.org domain name be transferred to Plaintiff;

F) Judgment that Defendants, and each of them, shall file with the court and serve on Plaintiff a written report stating what actions they have taken to comply with the Court's injunction, and said report shall be due within thirty (30) days after entry of the injunction;

G) Judgment that this case is exceptional, and that the Defendant IHOP-KC be ordered to pay all of Plaintiff's attorney fees associated with this action;

H) Judgment that the Defendants individually and collectively be ordered to pay all costs and expenses incurred by Plaintiff associated with this action; and.

I) Judgment that Plaintiff be granted such other and additional relief as this Court may deem just and proper.

Respectfully submitted,

LAUSON & TARVER LLP

Dated: Sep. 9, 2010

By:

Robert J. Lauson, Esq.

Attornevs for Plaintiff

**Demand For Jury Trial**

Plaintiff hereby demands a jury trial on all issues so triable.

Respectfully submitted,

LAUSON & TARVER LLP

Dated: Sep. 9, 2010

By:

Robert J. Lauson, Esq.

Attorneys for Plaintiff



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 24 04:05:59 EDT 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 5 out of 28**

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# IHOP

| | |
|---|---|
| **Word Mark** | IHOP |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurant services. FIRST USE: 19721100. FIRST USE IN COMMERCE: 19721100 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETTER-3-OR-MORE IHOP Combination of three or more letters as part of the mark |
| **Serial Number** | 77105192 |
| **Filing Date** | February 12, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 4, 2008 |
| **Registration Number** | 3429406 |
| **Registration** | May 20, 2008 |



| | |
|---|---|
| Date | |
| Owner | (REGISTRANT) IHOP IP, LLC LIMITED LIABILITY COMPANY DELAWARE C/O INTERNATIONAL HOUSE OF PANCAKES, INC 450 NORTH BRAND BLVD GLENDALE CALIFORNIA 912032306 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Michael A. Rule |
| Prior Registrations | 2332311;2942609;3003423;3005563 |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



Trademark Electronic Search System (TESS) Page 1 of 2

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Aug 25 04:05:46 EDT 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 7 out of 28**

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# INTERNATIONAL HOUSE OF PANCAKES

| | |
|---|---|
| **Word Mark** | INTERNATIONAL HOUSE OF PANCAKES |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurant services; carry out food services. FIRST USE: 19580707. FIRST USE IN COMMERCE: 19580707 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77105421 |
| **Filing Date** | February 12, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 29, 2008 |
| **Registration Number** | 3514724 |
| **Registration Date** | October 14, 2008 |
| **Owner** | (REGISTRANT) **IHOP** IP, LLC LIMITED LIABILITY COMPANY DELAWARE C/O INTERNATIONAL HOUSE OF PANCAKES, LLC 450 NORTH BRAND BLVD GLENDALE CALIFORNIA 912032306 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Michael A. Rule |

http://tess2.uspto.gov/bin/showfield?f=doc&state=4008:lah7km.2.7 8/25/2010

Trademark Electronic Search System (TESS) Page 2 of 2

| | |
|---|---|
| **Prior Registrations** | 2654277 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PANCAKES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tess2.uspto.gov/bin/showfield?f=doc&state=4008:lah7km.2.7 8/25/2010



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Aug 25 04:05:46 EDT 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 17 out of 28**

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# IHOP FOR ME

| | |
|---|---|
| **Word Mark** | IHOP FOR ME |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurant services. FIRST USE: 20051000. FIRST USE IN COMMERCE: 20051000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETTER-3-OR-MORE IHOP Combination of three or more letters as part of the mark<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 76698145 |
| **Filing Date** | June 29, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 17, 2009 |
| **Registration Number** | 3743560 |
| **Registration Date** | February 2, 2010 |
| **Owner** | (REGISTRANT) **IHOP** IP, LLC LIMITED LIABILITY COMPANY DELAWARE 450 North Brand Blvd. Glendale CALIFORNIA 912031903 |
| **Attorney of Record** | Michael A. Rule |

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Aug 25 04:05:46 EDT 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 19 out of 28**

---

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

# IHOP CAFE

| | |
|---|---|
| **Word Mark** | IHOP CAFE |
| **Goods and Services** | IC 043. US 100 101. G & S: Cafe and restaurant services; carry-out cafe and restaurant services; coffee house services. FIRST USE: 20081229. FIRST USE IN COMMERCE: 20081229 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETTER-3-OR-MORE IHOP Combination of three or more letters as part of the mark<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 76691975 |
| **Filing Date** | August 8, 2008 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 20, 2009 |
| **Registration Number** | 3731730 |
| **Registration Date** | December 29, 2009 |
| **Owner** | (REGISTRANT) **IHOP** IP, LLC LIMITED LIABILITY COMPANY DELAWARE 450 North Brand Blvd. Glendale CALIFORNIA 912031903 |
| **Attorney of Record** | Michael A. Rule |

| | |
|---|---|
| **Prior Registrations** | 2332311;3429405;3429406;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAFE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Aug 25 04:05:46 EDT 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 23 out of 28**

---

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# IHOP 'N GO

| | |
|---|---|
| **Word Mark** | IHOP 'N GO |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurant services, namely, take-out restaurant services. FIRST USE: 20080301. FIRST USE IN COMMERCE: 20080301 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETS-1 N A single letter, multiples of a single letter or in combination with a design<br>LETTER-3-OR-MORE IHOP Combination of three or more letters as part of the mark<br>NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 76677371 |
| **Filing Date** | May 24, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 10, 2008 |
| **Registration Number** | 3616420 |
| **Registration** | |

| | |
|---|---|
| **Date** | May 5, 2009 |
| **Owner** | (REGISTRANT) **IHOP** IP, LLC LIMITED LIABILITY COMPANY DELAWARE 450 N. Brand Blvd., 7th Floor Glendale CALIFORNIA 912099018 |
| **Attorney of Record** | Michael A. Rule |
| **Prior Registrations** | 2332311;2942609;3003423;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



Trademark Electronic Search System (TESS) Page 1 of 2

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Aug 25 04:05:46 EDT 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 20 out of 28**

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# IHOP EXPRESS

| | |
|---|---|
| **Word Mark** | IHOP EXPRESS |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurant and food take-out restaurant services. FIRST USE: 20090815. FIRST USE IN COMMERCE: 20090815 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETTER-3-OR-MORE IHOP Combination of three or more letters as part of the mark<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 76691550 |
| **Filing Date** | July 24, 2008 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 9, 2008 |
| **Registration Number** | 3771927 |
| **Registration Date** | April 6, 2010 |
| **Owner** | (REGISTRANT) **IHOP** IP, LLC LIMITED LIABILITY COMPANY DELAWARE 450 North Brand Blvd Glendale CALIFORNIA 912031903 |
| **Attorney of** | |

http://tess2.uspto.gov/bin/showfield?f=doc&state=4008:lah7km.2.20 8/25/2010

| | |
|---|---|
| **Record** | Michael A. Rule |
| **Prior Registrations** | 2332311;3429405;3429406;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXPRESS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



About | Prayer Room | Events | IHOPU | Ministries | Internships | Visit | Resources | Videos | Blog | Store | Donate | My Area

## IHOPU Student Awakening

Join our IHOPU student awakening services each Thursday - Saturday, 6:00pm to midnight, when the prayer room moves to our FCF auditorium. From August 1, the awakening schedule will be Thursday-Saturday.

• Login • Register

SHARE

Site feedback
Submit a prayer request

**About**
- Who We Are
- About the Prayer Room
- Prayer Room Schedule
- Global Bridegroom Fast
- Our Beliefs
- Endorsements
- Glossary
- Acronyms
- How to Stay Connected
- FAQ
- Contact

**Events**
- Conferences
- Summits
- Weekends
- Camps
- Regionals
- Hotels

**IHOPU**
- Overview
- Forerunner School of Ministry
- Forerunner Music Academy
- Forerunner Media Institute
- eSchool
- Internships

**Ministries**
- African American Forerunner
- Alliance
- Children's Equipping Center
- Forerunner Evangelism
- Healing Ministry
- Hope City
- IHOP–KC Commission
- Israel Mandate
- Joseph Company
- Luke18 Project
- NightWatch
- Prophetic Ministry
- onething Regionals
- Sacred Charge
- Student Ministries

**Resources**
- Teaching Notes
- Podcast
- Webcast
- MP3s

**Internationals**
- Arabic
- Chinese
- Korean
- Spanish

**Stores**
- Forerunner Bookstore
- IHOP–KC MP3 Store
- Limited Edition CD Club

**Give**
- One-Time Gift
- Partners

**Other**
- Forerunner Music
- Forerunner Books
- 10-Year Anniversary Archives

International House of Prayer 3535 E. Red Bridge Road, Kansas City, MO 64137

816.763.0200 | info@ihop.org | Contact Us | Terms/Privacy | © 2009 All Rights Reserved

Website designed and developed by IHOP–KC
Insight by Enitis

# The Purple Pig Tour

- About
- News
- Tour Stops
- Contact
- Give
- Facebook
- Twitter
- RSS

## A Prayer Journey through California Calling Young Adults to Plant Prayer Furnaces and Finish the Task of World Evangelization.

**31:09:45:00**

DAYS HOURS MINUTES SECONDS

UNTIL THEPURPLEPIGTOUR!

SEPTEMBER 26–OCTOBER 9

Retweet Facebook Promote

THEPURPLEPIGTOUR!

© 2010 luke18project.com/purplepigtour

The Purple Pig Tour - Windows Internet Explorer
http://luke18project.com/purplepigtour/
File Edit View Favorites Tools Help
The Purple Pig Tour
A PRAYER JOURNEY THROUGH CALIFORNIA CALLING YOUNG ADULTS TO A CULTURE OF PRAYER AND A LIFE OF MISSION.
31:09:44:56
DAYS HOURS MINUTES SECONDS
UNTIL THEPURPLEPIGTOUR!
SEPTEMBER 26–OCTOBER 9
SPREAD THE WORD
RETWEET
FACEBOOK
PROMOTE
+ REGISTER NOW
NOR CAL FUEL SCHOOL
SO CAL FUEL SCHOOL
LEARN MORE
SACRAMENTO
NORTH BAY AREA
SOUTH BAY AREA
LOS ANGELES
INLAND EMPIRE
ORANGE COUNTY
SAN DIEGO
Internet
100%
Start
9:15 AM

IHOP
MISSIONS BASE

IHOP
MISSIONS BASE
AUTOMATIC
CAUTION
DOOR
ACTIVATE SWITCH
TO OPERATE

IHOP PARTNERS
PROGRAM
BUSINESS OFFICE
3451

IHOP
SHUTTLES
ONLY

Walking Distance to IHOP!
ROOMY RANCH!
-Great Location- Quiet Street
-3 Bedroom 3 Bath
-Immaculately Maintained
-Formal Dining Room
-Lovely Views & Sitting Room
-Great Room w/ Walkout Deck
-Gas Insert Up & Wood Burning F/P
-Backs Up to Beautiful Green Space
-Full LL w/ Shop & Bonus Room!
-Wonderful Established Neighborhood!
139,900
2 Bath
10742 Blue Ridge Blvd., KC MO
5501 E. 101st St.
GREAT STARTER HOME!

NO
IHOP-KC
Parking
OVERFLOW Parking Lot
near Bargain Factory

# IHOPU

INTERNATIONAL HOUSE OF PRAYER UNIVERSITY
KANSAS CITY, MO • IHOP.ORG

Encounter God. Do His Works. Change the World.

*By being rooted and grounded in the Word of God*



IHOP
MISSIONS BASE

Encounter God Service

Mike Bickle 5-30-10 8:30 am
The Revelation of Grace
(Romans 5:12-21)

DVD



Central Coast International House of Prayer - Windows Internet Explorer
http://ccihop.com/
File Edit View Favorites Tools Help
Central Coast International House of Prayer
Central Coast International House of Prayer
Mission Base
CENTRAL COAST
IHOP
MISSIONS BASE
Home
About Us
Prayer Room
Events
Partnership
Resources
Blog
Contact Us
Tuesday July 27, 2010
Join us at 6:00pm in worship and prayer for Israel.
Search
Verse of the Day
Be angry and do not sin; do not let the sun go down on your anger, and give no opportunity to the devil. (Ephesians 4:26-27, ESV)
Twitter Updates
Sitting in the prayer room at KC, the singers are singing
Wednesday July 21, 2010
Waiting for http://ccihop.com/...
Internet
100%
Start
11:42 AM

EXHIBIT
tabbies
C

CENTRAL COAST

IHOP

MISSIONS BASE

PRAYER ROOM



pihop
PASADENA INTERNATIONAL HOUSE OF PRAYER
EVENTS
ABOUT
CONNECT
LEARN
STEVEN
I pray most authentically through music...
GIVE TO PIHOP
1401 N. LAKE AVE. PASADENA, CA 91104 | CONTACT@PIHOP.COM | 626.791.7729 | INTERNSHIPS

EXHIBIT D



PASADENA INTERNATIONAL HOUSE OF PRAYER

EVENTS

ABOUT CONNECT LEARN

PIHOP

Today | August 2010 | Print Week Month Agenda

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| Aug 1 | 2<br>8pm Worship ar | 3 | 4<br>Consecrated D<br>9am 9am Soaki<br>10am 10am-12p<br>7pm Soaking W<br>+2 more | 5<br>6pm Soaking W<br>7pm Sermon on<br>8:30pm Worship | 6<br>8pm Healing Se | 7<br>2pm Intro Propt<br>3pm Inter Propt<br>7pm The Well |
| 8 | 9<br>8pm Worship ar | 10 | 11<br>9am 9am Soaki<br>10am 10am-12p<br>7pm Soaking W<br>7:30pm PhD<br>8pm Worship ar | 12<br>6pm Soaking W<br>7pm Sermon on<br>8:30pm Worship | 13<br>8pm 8-10pm - \ | 14<br>2pm Intro Propt<br>3pm Inter Propt<br>7pm The Well |
| 15 | 16<br>8pm Worship ar | 17 | 18<br>9am 9am Soaki<br>10am 10am-12p<br>7pm Soaking W<br>7:30pm PhD<br>8pm Worship ar | 19<br>6pm Soaking W<br>7pm Sermon on<br>8:30pm Worship | 20<br>8pm 8-10pm - \ | 21<br>10am Intro to TI<br>2pm ***NO PR(<br>7pm The Well |
| 22 | 23<br>Consecrated D<br>8pm Worship ar | 24 | 25<br>9am 9am Soaki<br>10am 10am-12p<br>7pm Soaking W<br>7:30pm PhD<br>8pm Worship ar | 26<br>6pm Soaking W<br>7pm Sermon on<br>8:30pm Worship | 27<br>8pm 8-10pm - \ | 28<br>2pm Intro Propt<br>3pm Inter Propt<br>7pm The Well |
| 29 | 30<br>8pm Worship ar | 31 | Sep 1<br>9am 9am Soaki<br>10am 10am-12p<br>7pm Soaking W<br>7:30pm PhD<br>8pm Worship ar | 2<br>6pm Soaking W<br>7pm Sermon on<br>8:30pm Worship | 3<br>(6:00pm) The Call<br>8pm *NO WORS | 4<br>2pm *NO PROPI<br>7pm *NO WELL |

Events shown in time zone: Pacific Time

Google Calendar

Make an appointment to receive inner healing from a trained team. Contact: innerhealing@pihop.com

## the well

1st, 2nd ,3rd,4th Sat 7pm

Four times a month, receive personal prophetic prayer from prayer teams. Sign ups at 6pm. Ministry at 7pm. Contact: thewell@pihop.com

## the well: intro

3rd Sat 10am

Learn to activate the prophetic, so you can hear God's word for others and serve on the prayer team. Contact: thewell@pihop.com

## worship

Fri 8pm

Worship in community with our live worship band every Friday. Contact: worship@pihop.com

## worship

GIVE TO PIHOP

1401 N. LAKE AVE. PASADENA, CA 91104 | CONTACT@PIHOP.COM | 626.791.7729 | INTERNSHIPS



pihop Welcome to pihop

Name______________________________ Date________________

Email______________________________ Phone________________

☐ Yes, please add me to your email list for monthly calendar and updates

First Visit to PIHOP? __________

How did you hear about us?______________________________________

I am interested in being involved/getting more information about: (check all that apply)

- ☐ Worship- Do you sing or play an instrument?____________________
- ☐ $H_2O$- Personal Prophetic Healing Prayer
- ☐ PhD- Physical Healing and Deliverance
- ☐ The Well- Prophetic Prayer and Worship nights (2nd, 3rd, 4th Saturdays)
- ☐ Internships at PIHOP
- ☐ Serving at PIHOP
- ☐ Other______________________________________



# Pulse Internship Application 2010

**Bob Lauson**

**From:** [redacted]
**Sent:** Wednesday, August 25, 2010 5:06 PM
**To:** Bob Lauson
**Subject:** Fwd: September Calendar

---------- Forwarded message ----------
From: **PIHOP** <admin@pihop.com>
Date: Wed, Aug 25, 2010 at 4:30 PM
Subject: September Calendar
To: [redacted]

## Events Calendar: September 2010

### Here's what's happening in September....

Friday September 10
**8-10pm -- Healing Worship Service** at PIHOP
The healing service is moving to the **second Friday** this month. Come to pray for physical healing for yourself and others on this powerful night of worship and intercession.

Saturday September 11
**Day of Worship at PIHOP**
Join us at PIHOP for a special day of worship and prayer.

Wednesday September 8, 15, 22
**Consecrated Days**-- Join us at PIHOP for 3 consecrated days to seek the Lord. We will be holding prayer meetings at 7am, 12 noon, and 7pm each day.

Saturday September 18
**10am-12pm- Intro to The Well**
Come to learn about how and why we minister at The Well. Required to minister on The Well prayer teams.

Worship and The Word
**8-10pm- New on Tuesday nights**
Join us in worship focused on mediatating on the Scriptures through music

**There will be NO events at PIHOP Friday, September 3- Monday, September 6. Please mark your calendars!**

PULSE Internship:

September 14 - December 10
[illegible]

Monthly Themes:
[illegible]

Tentative Schedule
[illegible]

Curriculum Topics Include:
[illegible]

Happy Labor Day weekend!

*See the attached calendar for our nightly worship/intercession sets. You can check out our most up-to-date schedule on our website at www.pihop.com and click on "**events**".

## Wanted: People to serve at PIHOP

Are you looking for a place to connect and serve at PIHOP?
Do you know someone who is looking to use their talents in ministry?
We are still looking for the following positions:

**Financial Advisor/Accountant**- We are looking for someone who knows finances/tax laws to take in and reconcile donations and/or set-up payroll and tax payments.

**The Well Hosts**- Help others get acquainted with the sign-ups and direct them where to go on Saturday nights.

**The Well MP3s**- Send out the mp3s from the Well on Saturday night or during the following week.

We will train all interested people. Please contact admin@pihop.com for more information.

## PIHOP Artist Submissions

Calling all artists who want to display their work at PIHOP!

What to Submit:

- Anybody can submit. We welcome all styles and genres of painting and drawing.
- We ask for a body of 2D work that would fill the white wall space.
- If you'd like to show some work but don't have enough to fill the space, you are welcome to make your own arrangements to show with a friend(s).

How to Submit:

- Please email 3 jpgs of your work, and an artist's statement to pihopart@gmail.com
- You'll receive an email as to when we can have your work up & a template to fill in with your title/names/price of each piece.
- You will be responsible for setting up your work and tear

Tuition
[illegible]
[illegible]
[illegible]

For more information please contact
Chris Evans at:
phone: [illegible]
email: pulse@pihop.com

Applications Due by Saturday August 28

## Covenant Partners

Our covenant partners help support the vision of night and day prayer with monthly donations. We invite you to partner with us in transforming PIHOP into a house of prayer that is available 24/7 to encourage intimate relationship with God, inspire creativity, and catalyze our community to step out in faith.

To make a donation, please click here. You can also email donations@pihop.com to find out more about covenant partnership.





WELCOME
ABOUT
EVENTS
MEDIA
CONTACT

# San Jose House of Prayer

The **San Jose (International) House of Prayer** - SJHOP - was established on January 1st, 2006. It was raised up as a house of prayer to contend with every thing that challenges the Lordship, kingdom and supremacy of Christ over all affairs.

The SJHOP is a community of young and old who seek to lift a continuous (24/7) cry of worship and intercession for and out of our city and nation.

The main foundation of all that is done at SJHOP is to pour out our extravagant love in intimacy and devotion to Jesus Christ who is worthy of all praise and adoration. At the same time, a unique and defining characteristic of SJHOP is governmental, education and marketplace transformation of our city (and beyond after we've experienced it here in our city) as delineated by the 1 Timothy 2 mandate.

True reformation, revival, and revolution in our Silicon Valley will only be born out of a spiritual shift and this can only occur when we have altered the spiritual atmosphere and power structure through sustained prayer and fasting. And to that end, we seek to establish the SJHOP.

A mobile ministry team: The SJHOP core team will also minister in the marketplace (businesses, government offices, streets, schools, hospitals and different gatherings) taking the glory of the Lord, like the moveable Ark of the Covenant, through worship, prayer and the Word of God.

---

SJHOP is in partnership and blessing of: *Bay Area Network of Youth Leaders, San Francisco House of Prayer, Berkley House of Prayer, Santa Clara County Canopy of Prayer, Bay Area Canopy of Prayer, Campus Church Network, Pray South Bay, Transformation Alliance of Santa Clara County, Community Pregnancy Center and Living Stones Foundation.*

**Friday Nights Intercession from 7PM - 11PM**

*2165 Lucretia Avenue, San Jose, CA 95122*

Saturday Fire In the Night Intimacy Worship and Intercession 8PM to 1AM

*2165 Lucretia Avenue, San Jose, CA 95122*

Sunday Encoutering God Training Session 7PM to 9PM

*2165 Lucretia Avenue, San Jose, CA 95122*

The San Jose House of Prayer is meeting on Thursday in Spanish 7pm to 11pm:

*1731 E San Antonio St, San Jose, CA 95116*

**Current Prayer Points:**

Pray for unity in the body of Christ and an awakening to the love of God.

Pray that God would release an outpouring of the Holy Spirit on high school and college campuses.

Pray that the Lord of the Harvest would send out laborers to become the hands and feet of Jesus.

EXHIBIT
tabbies
E





about :: vision :: mission :: core values :: history

The Vision of SJHOP is to raise up a house of prayer that contends with everything that challenges the Lordship, kingdom and supremacy of Christ over all affairs.

We are a community of young and old who seek to lift a continuous (24/7) cry of worship and intercession for and out of our city and nation.

 info@sjihop.org

 408-506-6434 or 408-401-2893

 San Jose House of Prayer *2165 Lucretia Avenue. San Jose, CA 95122*

# About the House of Prayer

The **San Jose (International) House of Prayer** - SJHOP - was established on January 1st, 2006. It was raised up as a house of prayer to contend with every thing that challenges the Lordship, kingdom and supremacy of Christ over all affairs.

The SJHOP is a community of young and old who seek to lift a continuous (24/7) cry of worship and intercession for and out of our city and nation.

The main foundation of all that is done at SJHOP is to pour out our extravagant love in intimacy and devotion to Jesus Christ who is worthy of all praise and adoration. At the same time, a unique and defining characteristic of SJHOP is governmental, education and marketplace transformation of our city (and beyond after we've experienced it here in our city) as delineated by the 1 Timothy 2 mandate.

True reformation, revival, and revolution in our Silicon Valley will only be born out of a spiritual shift and this can only occur when we have altered the spiritual atmosphere and power structure through sustained prayer and fasting. And to that end, we seek to establish the SJHOP.

A mobile ministry team: The SJHOP core team will also minister in the marketplace (businesses, government offices, streets, schools, hospitals and different gatherings) taking the glory of the Lord, like the moveable Ark of the Covenant, through worship, prayer and the Word of God.

# Vision

Contending to bring forth transformation in the Bay Area though prayer, fasting, equipping and empowering the Body of Christ of this region.

# Mission

We seek to equip people to contend for a powerful breakthrough of revival and justice in their personal lives, families and cities through a consecrated lifestyle. All together establishing a 24/7 prayer center in the city of San Jose and surrounding cities.

# Core Values

### Intimacy With Jesus:

Intimacy with Jesus is our ultimate mandate and reward. It is our foundation to seek after the heart of God.

### 24/7 Worship and Prayer

With an unending chorus of worship and ceaseless prayer, we desire to minister to the Lord day and night and to cry out for "speedy justice" (Luke 18) from one geographical location. In essence, our desire is to move beyond normal prayer meetings to inspire and nurture a culture of prayer (Isaiah 56:7).

### Giving:

Jesus taught us in the Sermon on the Mount (Matthew 6) to pray, fast, and give. We commit to give to the poorest of the poor, the orphans of the world and plant seeds in different ministries and people as He leads us.

### The Scriptures:

The Word of God - the Bible - is the eternal (Matthew 24:35), infallible (Psalms 12:6), unhindered (2 Timothy 2:9), and inspired (2 Timothy 3:16) Word of God and as such, we desire to search out the Scriptures to better understand them and apply them to our lives.

### Marketplace Ministry:

Interceding "for kings and all those in authority" (1 Timothy 2:1-3) is a priority. We desire to see the transformation of our governments, businesses and education to reflect the Kingdom of God that is built on righteousness and justice.

### Community Living:

To us, community living is not an option. We intentionally live in community because we desire to be one in heart and mind (Acts 4:32) in our pursuit of God. We believe God wants to bring His glory to our communities and use us as his vessels to bring and display this glory.

### Prophetic Ministry:

We desire to be a "company of prophets" who seek to be friends that the Lord can share his secret counsel with (Amos 3:7, Genesis 18:17, Joel 2:28). We value the prophetic because it enhances our relationship with the Lord and because it is a helpful and useful guide.

### Spiritual Influence Through Aggressive Prayer and Fasting:

The Scriptures make it clear that "...the kingdom of Heaven suffers violence and the violent take it by force" (Matthew 11:12). To that end, we engage in aggressive prayer and intercession to gain "air supremacy" (Daniel 10) for the in-break of the Holy Spirit and societal reformation.

Click here for a Brief History of 24/7 Prayer.

donate :: resources :: internships

Copyright © 2006 - 2010 :: San Jose House of Prayer :: 2165 Lucretia Avenue, San Jose, CA 95122 :: info@sjihop.org



WELCOME ABOUT EVENTS MEDIA CONTACT

The Vision of SJHOP is to raise up a house of prayer that contends with everything that challenges the Lordship, kingdom and supremacy of Christ over all affairs.

We are a community of young and old who seek to lift a continuous (24/7) cry of worship and intercession for and out of our city and nation.

 info@sjihop.org

 408-506-6434 or 408-401-2893

 San Jose House of Prayer
*2165 Lucretia Avenue. San Jose, CA 95122*

DONATE TO SJHOP

# Contact Us

 info@sjihop.org

408-401-2893 or 408-506-6434

San Jose House of Prayer
*2165 Lucretia Avenue. San Jose, CA 95122*

**Thursday Night Prayer Meetings**

Worship and Intercession in Spanish
7:00PM - 11:00pm

***1731 E. San Antonio, San Jose, CA 95116 (note different location**

**Friday Night Prayer Meeting**

**Intercession and prayer for the South Bay at the Lucretia address**
**7:00PM - 11:00AM**

**Saturday Night Prayer**

**Fire in the Night Intimacy, Worship and Intercession at the Lucretia ad**
**7:00 PM – 1:00 AM**

**Sunday Night Encoutering God**

**Teaching sessions at the Lucretia address**
**7:00 PM – 10:00 PM**

donate :: resources :: internships

Copyright © 2006 - 2010 :: San Jose House of Prayer :: 2165 Lucretia Avenue, San Jose, CA 95122 :: info@sjihop.org



IHOP
EAST BAY
"ON YOUR WALLS, O JERUSALEM,
I HAVE APPOINTED WATCHMEN;
ALL DAY AND ALL NIGHT THEY WILL
NEVER KEEP SILENT."
ENTER

INTERNATIONAL HOUSE OF PRAYER
EAST BAY

Staff Login

EXHIBIT
tabbies
F



THURSDAY, AUGUST 26, 2010

WELCOME

HOME | WHO WE ARE | EVENTS | RESOURCES | PRAYER ROOM

**Day Watch Fall Track**
**9.20.10-11.18.10**
The International House of Prayer East Bay "Burn" Internship is a two month pursuit into the heart of God for young adults 18-30 years of age. This is internship takes place during our daytime hours. When you cultivate a friendship with God you discover your true identity. read more

**Night Watch Fall Track**
**9.20.10-11.18.10**
Forty Nights of Fire is a two month period set aside to intentionally seek the face of Jesus: a season focused singly on the only worthy God (Psalm 134:1-2). To a young adult generation who is being romanced by the counterfeit passions of the night, we stand to provide an environment where one can come and experience the true passions of. read more

**VISION AND VALUES**
2010 dates- Sept. 18

**CAPTIVATED**
2010 Aug 2 - 13, Mon -Fri 9am - 4pm

**BURN: Day Watch Internship**
Sept 20- Nov 18 Fall Internship

**TAKING BACK THE NIGHT**
Sept 20-Nov 18 Fall Internship

**ENCOUNTER GOD SERVICE**
Every Sunday at 6:00pm

**PRAYER ROOM**
Monday - Friday, 12am - 4pm

**SUBSCRIBE TO OUR EMAILING LIST**
Want to stay up to date with events and changes.
▸ SIGN UP

**PRAYER ROOM SCHEDULE**
We've expanded our hours! Find out when we're open.
▸ SCHEDULE

**ARTICLE** THE NEED FOR INTERCESSORY MISSIONARIES By Jim Stilwell
E.M. Bounds wrote, "God does nothing except by prayer." The uncreated God...
▸ READ MORE

**LINKS**
Find us on our Myspace and Facebook pages. Also receive tweets from us on twitter. Click link below.

facebook

Welcome guest / Login

Staff Login



THURSDAY, AUGUST 26, 2010

INTERNATIONAL HOUSE OF PRAYER
EAST BAY

HOME | WHO WE ARE | EVENTS | RESOURCES | PRAYER ROOM

DNA

# About Us

**What is IHOP?**

Isaiah 56:7 "...these I will bring to my holy mountain and give them joy in my house of prayer. Their burnt offerings and sacrifices will be accepted on my altar; for MY HOUSE WILL BE CALLED A HOUSE OF PRAYER for all nations."

**International House of Prayer**

The vision of IHOP East Bay* is to establish a 24 hour a day prayer furnace, in the spirit of the Tabernacle of David, where we participate with Heaven in night and day prayer and worship around God's throne for the east bay region and the nations of the world. We are also committed to equipping forerunners in prayer, fasting and the Great Commission.

The prayer room is the focus and heart of everything that goes on at IHOP East Bay. The prayer room opened September 18, 2006 with 8 hours of continuous prayer from 6am-2pm Monday-Friday. The hours have expanded since then and we are currently open with 18 hours of continouse prayer Monday through Friday. **Schedule**

**Why 24/7 worship and prayer?**

There are numerous expressions of night and day prayer in scriptues, the most notable being the Tabernacle of David. When our hearts deeply experience the love of God in the place of worship and intercession, we are strengthened and empowered to give ourselves to the labor of the work of the Kingdom with greater diligence, authority and power. 24/7 worship and prayer will change the spiritual atmosphere of the city, thus opening the heavens for more anointed and effective evangelism to the lost and unity in the Church. We believe that the Holy Spirit is orchestrating a global prayer strategy far eclipsing any other prayer movement in history resulting in an unprecedented harvest of souls throughout the earth.

WHO WE ARE

- Getting Involved
- Intercessory Missionary
- Partnership
- Contact Us
- Leadership

* 501 (c) 3 Nonprofit

 THURSDAY, AUGUST 26, 2010

INTERNATIONAL HOUSE OF PRAYER
EAST BAY

HOME | WHO WE ARE | EVENTS | RESOURCES | PRAYER ROOM

**Email List Sign Up**

Name (First and Last) *

Your email address *

Message *

* Required fields

Join!

*** If you desire to unsubscribe to our emailing list please include that in the message box. All other questions can be directed to the info@ihopeastbay address.

# Contact Us

**Driving Directions**

**IHOP East Bay is privileged to use Parkway Baptist Church's facilities which is located in the East Bay of the San Francisco Bay Area, at 7485 Village Parkway in Dublin, one block south of Dublin High School.**

Mapquest Directions

From San Ramon/Danville: Take 680 South, EXIT on ALCOSTA BLVD and TURN left. Turn RIGHT onto VILLAGE PARKWAY. The Church is on the left side about 1 mile down.

From Livermore: Take 580 West. EXIT on HOPYARD/DOUGHERTY RD and go Right (North toward Dublin). Take the first LEFT onto DUBLIN BLVD. Turn RIGHT on VILLAGE PARKWAY. The Church is on the right side before Tamarack Dr.

From Pleasanton: Take 680 North and then 580 West. Take the first EXIT which is SAN RAMON RD (Toward Dublin). Take the first RIGHT onto DUBLIN BLVD. Turn left onto VILLAGE PARKWAY. The Church is on the right side before Tamarack Dr.

CONNECT

- About Us
- Getting Involved
- Intercessory Missionary
- Partnership
- Leadership

**EMAIL: info@ihopeastbay.org**

THURSDAY, AUGUST 26, 2010

INTERNATIONAL HOUSE OF PRAYER
EAST BAY

HOME | WHO WE ARE | EVENTS | RESOURCES | PRAYER ROOM

## Prayer Room Schedule

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| 12am-2am | | Devotional Set | Intercession Set | Devotional Set | Intercession Set | Devotional Set | |
| 2am-4am | | Devotional Set | Devotional Set | Devotional Set | Devotional Set | Intercession Set | |
| 4am-6am | | Devotional Set | Devotional Set | Devotional Set | Devotional Set | Devotional Set | |
| 6am-8am | | Devotional Set | Devotional Set | Devotional Set | Devotional Set | Devotional Set | |
| 8am-10am | | Devotional Set | Devotional Set | Devotional Set | Devotional Set | Devotional Set | |
| 10am-12pm | | Intercession Set | Intercession Set | Intercession Set | Intercession Set | Intercession Set | |
| 12pm-2pm | | Devotional Set | Devotional Set | Devotional Set | Devotional Set | Devotional Set | |
| 2pm-4pm | | Devotional Set | Devotional Set | Devotional Set | Devotional Set | Devotional Set | |
| 4pm-6pm | | | | | | | |
| 6pm-8pm | EGS | | | | | | |
| 8pm-10pm | | | | | | | |
| 10pm-12am | | | | | | | |

PRAYER ROOM

What to Expect

Prayer Room Handouts

**4 Types of Prayer Formats**

APOSTOLIC INTERCESSION (INT): intercession for citywide revival combined with continual worship. Prophetic singers sing antiphonally with the intercessors.

WORSHIP WITH THE WORD (WWTW): a new worship format in the form of a "prophetic liturgy." Emphasizing corporate worship directly from the Scripture

DEVOTIONAL WORSHIP (DEVO): worship teams providing an anointed atmosphere for personal devotions and bible study. During these sets there is not an open microphone for intercession.

PROPHETIC WORSHIP: the integration of the three previous formats, within a contemporary worship set and the inclusion of ministry time. Usually used at our Friday night service (EGS) and conferences.